IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ERGON-WEST VIRGINIA, INC.                                                           PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:06cv714-DPJ-JCS

DYNEGY MARKETING & TRADE                                                      DEFENDANT

## ORDER

This cause is before the court on Defendant's motion to seal exhibits to two documents previously filed. Plaintiff has not opposed the motion, and the court concludes that Defendant has established good cause for the documents to be sealed. Accordingly, the Clerk is directed to seal attachment no. 1 to document no. 76 and attachment no. 1 to document 77.

SO ORDERED this the 10th day of July, 2008.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE